In the Matter of SANDRA D. FRELIX (Admitted as SANDRA DELORES FRELIX), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted January 11, 2016; decided June 2, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that appellant has failed to demonstrate timeliness as required by the Rules of the Court of Appeals (*see* 22 NYCRR 500.9, 500.10). Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by the Rules of the Court of Appeals (*see* 22 NYCRR 500.22 [b] [2]).